FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 AUG -2  PM 4:50

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**'17 - CV - 01882**

Civil Action No. _____

MARK H. CHILSON

Plaintiff,

vs.

U.S. & CALIFORNIA GOVERNMENT ENTITIES
DEFENDANTS

---

# Plaintiff's Initial Pleading

## Complaint & Jury Demand on All Counts/COA's

**Magistrate Election:**

As per attachment, Plaintiff consents to hearing by Magistrate Judge. Defendant position on this not known to plaintiff.

Plaintiff asserts:

A Federal Question consists in the instant subject matter.
A violation of constitutional rights
Defendant infliction of damages upon plaintiff(s)

An inefficient explanation of the complaints' subject matter could run to hundreds of pages. It is a somewhat involved set of matters.

Plaintiff has compiled thousands of pages of exhibits.

'Causes of Action' alone, once drafted out by plaintiff, ran to multiple pages.

To spare this court the task of wading through it, this court is asked to:
1. Give leave to amend
2. Give leave to append citations under which complaint brought
3. Give leave to append COA
4. Give plaintiff the 'breathing room' to attempt to locate, attract, and/or retain counsel with federal briefing experience.
5. Consider this the plaintiff's timely filing over a matter which could have a pertinent date of 8/3/2015. (In case plaintiff is held to a strict 24 month statute period from that date to now. If this court denies his actions under Federal Question, etc., worst-case, he would be limited to a strict run under 42USC1983.)
6. Acknowledge that even if Federal Question jurisdiction fails, Diversity & Federal Defendant still appear to apply
7. Grant ex parte receipt of this complaint until properly plead & briefed (e.g. not sending out Summons)

The court might consider request (7) above in light of:
1. The plaintiff is not asking this court to do or find any particular thing, at this time.
2. Plaintiff is traveling to the jurisdiction of the defendants he names (8/12-8/15/2017)
3. Plaintiff's son is between eight and ten years of age; name withheld in compliance with handout obtained from clerk's office of this court.
4. Plaintiff contends that defendants have prevented plaintiff's filing in Federal court by leverage on plaintiff's minor son; assuming for the sake of argument that this might be true, it would then not be inconceivable that some adverse effect may result for the minor (or the plaintiff) once this Complaint becomes known to defendants.

Plaintiff does not name his minor son in this complaint.

Defeat of this complaint does not constitute defeat of his son's rights under like causes of action.

If this complaint is dismissed, plaintiff asks it be dismissed without prejudice. Its brevity and limited scope intends to spare the time and patience of this Honorable Court and its staff.

Under penalty of perjury I attest that the above pages of content and the JS44 accompanying are true and accurate to the best of my knowledge and belief.

_____    8/2/17
Mark H. Chilson, "Plaintiff"                         Date

4801 E. 9th Ave. #206 S.
Denver, Colorado  80220          - mhc

APPENDIX: Identity of defendants

John Does, or the nominal official related to the named entity (in his or her official capacity—unless designated as 'in his/her representative capacity only')

("Federal Defendants")

Secretary THOMAS E. PRICE
And/or Former Secretary KATHLEEN SEBELIUS
US Dept of Health and Human Services
200 Independence Ave. S.W. Washington, D.C. 20201
866-699-4872

ATTORNEY GENERAL JEFF SESSIONS
And/or former Attorney General Lynch
And/or
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
202-514-2000
At Time of complained of events of 2014:
Attorney General Loretta G. Lynch
c/o  U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Nadine M. Neufville ,**  Acting Director
**Office on Violence Against Women**
145 N St., NE, Suite 10W.121
Washington, D.C. 20530
202-307-6026
Fax: 202-305-2589
Email: ovw.info@usdoj.gov
<https://www.justice.gov/ovw/about-office>
At Time of complained of events of 2014:
Bea Hanson
Principal Deputy Director, OVW

Treasury Secretary Jacob J. Lew
c/o U.S. Dept of the Treasury
Department of the Treasury
1500 Pennsylvania Avenue, NW

Washington, D.C. 20220
 (202) 622-2000    Fax: (202) 622-6415

Defendant Type Two:   ("Governmental Defendants of Diverse Citizenship")

John Does
The State of California Situated Entities ( and/or John Doe(s) therein)


CALIFORNIA HIGHWAY PATROL
601 North 7th Street
Sacramento ,CA 95811     (916) 843-3000
Serve Cal Attorney General , per: courts.ca.gov

COMMISSIONER JOSEPH FARROW
California Highway Patrol,
Commanding   Non-Uniformed Personnel
Commanding        Uniformed Personnel
HQ Address:
601 North 7th Street
Sacramento ,CA 95811
(916) 843-3000
C/O California Attorney General's Office


DEPUTY COMMISSIONER WARREN STANLEY
CALIFORNIA HIGHWAY PATROL
Commanding CHP Office of Internal Affairs
Commanding CHP Risk Management
HQ Address:   Ibid.
C/O California Attorney General's Office

California Highway Patrol,
Alameda County Situated Office, Golden Gate Division Precinct/office: 370 - Oakland;
3601 Telegraph Avenue
Oakland, CA 94609    (510) 450-3821
C/O California Attorney General's Office

Oakland-situated  California Highway Patrolmen,  strictly limited to acts to which they were ordered to perform in their Official capacity; acts performed outside their scope of duties and official capacity not a subject of this suit.  Subsequent suits against them in their private capacity not contemplated.
"PATROLMAN BARDAY"
In his representative capacity only
"PATROLMAN BURFURD"

In his representative capacity only
'PATROLMAN JOHN DOE NO. 3'
In his representative capacity only
'PATROLMAN JOHN DOE NO. 4'
In his representative capacity only
California Highway Patrol,
Commanding Uniformed Personnel
( RE: Alameda County Situated Office, Golden Gate Division Precinct/office: 370 - Oakland
3601 Telegraph Avenue
Oakland, CA 94609   (510) 450-3821)


Administrative Office of the Courts
State of California
In it's administrative capacity only

JOHN DOE, Bailiff or Clerk
In his representative capacity only
California Superior Court
24405 Amador St.,
Hayward, CA 94544
fax:   510-267-1544


JOHN DOE's 1 through 5, Deputy
California Superior Court - Judicial Security
Employees of:
Alameda County Sheriff's Dept
In their representative capacity only
24405 Amador St.,
Hayward, CA 94544

Alameda County Sherriff GREGORY J. AHERN
In his representative capacity only, precluding damages for acts performed outside his official capacity
HQ at 1401 Lakeside Dr, Oakland, CA 94612
(510) 272-6878
c/o Alameda County County counsel

SHERIFF'S DEPUTY MCCOY
Alameda County Sheriff's Office
In his representative capacity only.  Caused by direct order to place hands on plaintiff, resulting in no harm.  Damages for acts performed outside his official capacity not contemplated in this or a future action.
c/o Alameda County County Counsel

Office of the COUNTY COUNSEL, - County of Alameda
1221 Oak Street, Suite 450,   Oakland CA 94612
Telephone: (510) 272-6700 Fax: (510) 272-5020


  OFFICE OF THE ATTORNEY GENERAL
    1300 "I" Street
    Sacramento, CA 95814-2919      (916) 445-9555

In its capacity receiving service on behalf of the California Highway Patrol, per CA Secretary of State website.

**Defendant type Three**o:  ("Nominally private-sector entities that are substantially Government-Funded; Defendants , situated in a foreign US state, operating with substantial portion of funding from taxpayer dollars, frequently acting under color of government and/or as an arm of the state.)

Risk Management Services - Claims Admin for Alameda County
In its capacity and operative function as an arm of the state (or rather, arm of a local entity such as Alameda County).
P.O. Box 724,
Sebastopol, California 95473-0724   (707) 792-4980



ALTA BATES HERRICK HOSPITAL , a Subsidiary of SUTTER HEALTH AFFILIATES, INC.
**Sutter Health, Inc. insofar as it enjoyed federal funding and acted as an arm of the state under authority of a Calif Statute**
2200 River Plaza Drive,
Sacramento, CA  95833
c/o Bonnie George or Andreanna Ksidakis

Physicians unknown, JOHN DOE(S) At minimum four in number; MD's assigned by Sutter Health Affiliates to Dispatch Certain Tasks

Individually, and in his/her official capacity as employee of the above.

*John Does 1 through N, whose true names are unknown.*

("Substantially Government-Funded Defendant(s) of Diverse Citizenship")

Sutter Health Affiliates, Inc. incl. subsidiary Alta Bates Herrick
Sutter Alta Bates Medical Center: Herrick Campus
A Hospital in Berkeley, California
2001 Dwight Way, Berkeley, CA 94704
(510) 204-4444

JOHN DOES
Physicians assigned by Alta Bates Herrick ( Sutter Health Affiliates ) to Dispatch Certain Tasks Promulgated by CHP

("Federal Defendants")
John Does in :
    U.S. Department of Health & Human Services
    U.S. Department of Justice
    US. Department of the Treasury

("Governmental Defendants of Diverse Citizenship")
John Does in:
    The State of California Situated Entities ( and/or John Doe(s) therein)
    California Highway Patrol
    Dept of Health & Human Services
    County of Alameda Dept of Health & Human Services
    County of San Diego Dept of Health & Human Services
    County of San Diego District Attorney's Office
    County of San Diego Office of the County Counsel